Magistrate Judge Wilson



_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

DEC 17 1999

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                          )   NO. 99-547M
          Plaintiff,      )
                          )
     v.                   )   MOTION FOR DETENTION ORDER
                          )
AHMED RESSAM,             )
                          )
          Defendant.      )
_____)

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142(e) and (f)

1.    Eligibility of Case. This case is eligible for a detention order because this case involves (check all that apply):

XX    Crime of violence (18 U.S.C. § 3156).

___   Maximum sentence of life imprisonment or death

__    10 + year drug offense

___   Felony, with two prior convictions in the above categories

XX    Serious risk the defendant will flee

XX    Serious risk of obstruction of justice

2.    Reason for Detention.    The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

XX    Defendant's appearance as required

XX    Safety of any other person and the community

MOTION FOR DETENTION ORDER — 1

UNITED STATES ATTORNEY
SEAFIRST FIFTH AVENUE PLAZA BUILDING
800 FIFTH AVENUE, SUITE 3600
SEATTLE, WASHINGTON 98104
(206) 553-7970

3. <u>Rebuttable Presumption</u>.    The United States will not invoke the rebuttable presumption against defendant under §3142(e).

4. <u>Time for Detention Hearing</u>  The United States requests the Court conduct the detention hearing:

<u>XX</u>   At the initial appearance

_   After continuance of 3 days (not more than 3)

5.    <u>Other matters</u>.

Dated:  this 17th day of December, 1999.

Respectfully submitted,

KATRINA C. PFLAUMER
United States Attorney

ANDREW HAMILTON
Assistant United States Attorney

UNITED STATES ATTORNEY
SEAFIRST FIFTH AVENUE PLAZA BUILDING
800 FIFTH AVENUE, SUITE 3600
SEATTLE, WASHINGTON 98104
(206) 553-7970