Magistrate Judge Wilson

FILED      ENTERED
LODGED      RECEIVED

DEC 17 1999

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTTER OF THE DESTRUCTION OF EXPLOSIVES SEIZED FROM AHMED RESSAM | NO. <br><br> EX-PARTE MOTION TO AUTHORIZE THE DESTRUCTION OF EXPLOSIVES |

The United States of America, by Katrina C. Pflaumer, United States Attorney, and Andrew Hamilton, Assistant United States Attorney for the Western District of Washington, and submits this Ex Parte Motion for the Destruction of Explosive/Destructive Devices seized during the arrest of Ahmed Ressam on December 14, 1999, by Special Agents of the U.S. Customs Service.  Said material have been transferred to the custody of the Federal Bureau of Investigation.  This motion is based upon the All Writs Act, Title 28, United States Code, Section 1651, and the attached affidavit of Michael Calonita, Special Agent, U.S. Customs Service, which is incorporated herein by reference as if fully set forth.

Dated:  this 17th day of December, 1999.

Respectfully submitted,

KATRINA C. PFLAUMER
UNITED STATES ATTORNEY

ANDREW HAMILTON
Assistant United States Attorney

EX PARTE MOTION FOR DESTRUCTION
OF EXPLOSIVES/RESSAM — 1

A F F I D A V I T

MICHAEL CALONITA, being duly sworn on oath, deposes and says:

1.    I am a Special Agent (SA) of the U.S. Customs Service, and I have held that position for twelve years.  During those twelve (12) years, I have investigated numerous violations of the Federal Firearms, Arson and Explosives laws.  I have received training at the Federal Law Enforcement Training Center in Glynco, Georgia, concerning the investigation of these violations.  I am currently assigned to the Resident Office in Blaine, Washington.

2.    On December 14, 1999, an individual later identified as Ahmed Ressam was arrested for the offenses of making false statements to U.S. Customs Inspectors in violation of Title 18, United States Code, Section 1001, and transporting explosives in violation of Title 18, United States Code, Section 842(a)(3)(A).

3.    Seized during this arrest were approximately 118 pounds of urea, two 22 ounce jars approximately 3/4 full of nitroglycerine, and approximately 14 pounds of sulfate powder. These items have been transferred to the custody of the Federal Bureau of Investigation.

4.    According to federal explosives experts, the nitroglycerine is extremely volatile, unstable and dangerous.  Samples of this liquid have been extracted and flown to the FBI laboratory in Washington, D.C. where it will be tested, made safe and preserved as evidence.

AFFIDAVIT OF MICHAEL CALONITA                1

5.    Because of the extreme danger posed by the remaining quantities of

nitroglycerine, permission is requested for the FBI to destroy this substance.

MICHAEL CALONITA, Affiant
Special Agent, U.S. Customs Service


SUBSCRIBED and SWORN to before me this 17th day of December 1999.

GRETCHEN COURTNEY
Notary Public in and for the State
of Washington, residing
at Vashon Island.
My appointment expires 4/8/03

AFFIDAVIT OF MICHAEL CALONITA          2