Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

December 22 19 99

BRUCE RIFKIN,    Clerk

By _H. Brent. Zachary Deputy

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )     **CR99-666 C**
                               )
          v.                   )     INDICTMENT
                               )
AHMED RESSAM,                  )
  a/k/a Benni Antoine Noris,   )
                               )
               Defendant.      )
_____)

THE GRAND JURY CHARGES THAT:

### COUNT 1

### (False Statement)

On or about December 14, 1999, at Port Angeles, within the Western District of Washington, in a matter within the jurisdiction of the United States Customs Service, an agency of the United States, AHMED RESSAM did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation; in that the defendant presented to U.S. Customs inspectors a Customs Declarations Form #6059B identifying himself as Benni Antoine Noris (date of birth: May 9, 1971), whereas in truth and fact, as he then well knew, these statements were false in that his true name is AHMED RESSAM (date of birth: May 9, 1967).

All in violation of Title 18, United States Code, Section 1001.

INDICTMENT/RESSAM - 1
ressam2.ind

## COUNT 2

### (Smuggling)

On or about December 14, 1999, at Port Angeles, within the Western District of Washington, AHMED RESSAM knowingly and fraudulently brought into the United States merchandise contrary to law, that is, a nitroglycerine equivalent identified as ethylene glycol dinitrate, hexamethylene triperoxide diamine, and cyclotrimethylene trinitramine.

All in violation of Title 18, United States Code, Section 545.

## COUNT 3

### (Transportation of Explosives)

On or about December 14, 1999, at Port Angeles, within the Western District of Washington, AHMED RESSAM, not being a licensee or permittee under the provisions of Chapter 40 of Title 18 of the United States Code, knowingly transported and shipped, and caused to be transported and shipped, in interstate and foreign commerce, from Canada into the United States, explosive materials, that is, a nitroglycerine equivalent identified as ethylene glycol dinitrate, hexamethylene triperoxide diamine, and cyclotrimethylene trinitramine.

All in violation of Title 18, United States Code, Sections 842(a)(3)(A); and 844(a).

## COUNT 4

### (Possession of an Unregistered Firearm)

On or about December 14, 1999, at Port Angeles, within the Western District of Washington, AHMED RESSAM knowingly possessed a firearm, that is, a destructive device as that term is defined in Title 26, United States Code, Section 5845(f), not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

INDICTMENT/RESSAM - 2
ressam2.ind

## COUNT 5

### (Carrying an Explosive During the Commission of a Felony)

On or about December 14, 1999, at Port Angeles, within the Western District of Washington, AHMED RESSAM knowingly carried an explosive during the commission of a felony which may be prosecuted in a court of the United States, that is, making a false statement to a U.S. Customs Inspector as charged in Count 1 above.

All in violation of Title 18, United States Code, Section 844(h)(2).

A TRUE BILL:

DATED: *DECEMBER 22, 1999*

FOREPERSON

KATRINA C. PFLAUMER
United States Attorney

FRANCIS J. DISKIN
Assistant United States Attorney

ANDREW R. HAMILTON
Assistant United States Attorney

INDICTMENT/RESSAM - 3
ressam2.ind