CHIEF JUDGE COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,           )    NO.  CR99-666C
                                    )
            Plaintiff,              )
                                    )
      vs.                           )    MOTION TO DISMISS COUNT 6 OF
                                    )    SUPERSEDING INDICTMENT
                                    )
AHMED RESSAM,                       )
                                    )    NOTED:  February 4, 2000
            Defendant.              )
                                    )
_____)

NOW COMES the defendant, Ahmed Ressam, by his attorneys, Thomas W. Hillier, II, Michael Filipovic and Jo Ann Oliver, and hereby moves to dismiss Count 6 of the superseding indictment for failure to allege all essential elements of the crime.  This motion is brought pursuant to the defendant's Fifth Amendment right to a grand jury indictment and due process, and his Sixth Amendment right to notice.  In support of this motion, the defendant relies on

/ / /

/ / /

/ / /

/ / /

/ / /

MOTION TO DISMISS COUNT 6 OF
SUPERSEDING INDICTMENT
(AHMED RESSAM)                              1

the records and files herein and the memorandum of law submitted along with the motion.

DATED this 21st day of January, 2000.

Respectfully submitted,

Thomas W. Hillier, II
Federal Public Defender
Attorney for Ahmed Ressam

Michael Filipovic
Assistant Federal Public Defender
Attorney for Ahmed Ressam

Jo Ann Oliver
Assistant Federal Public Defender
Attorney for Ahmed Ressam

MOTION TO DISMISS COUNT 6 OF
SUPERSEDING INDICTMENT
(AHMED RESSAM)

2

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 21, 2000, I caused to be hand delivered a copy of defendant's MOTION TO DISMISS COUNT 6 OF THE SUPERSEDING INDICTMENT, MEMORANDUM OF LAW IN SUPPORT and proposed ORDER, to:

Francis J. Diskin
Chief Assistant U.S. Attorney
601 Union Street, Ste. 5100
Seattle, Washington 98101

Andrew Hamilton
Assistant U.S. Attorney
601 Union Street, Ste. 5100
Seattle, Washington 98101

Steven Gonzalez
Assistant U.S. Attorney
601 Union Street, Ste. 5100
Seattle, Washington 98101

DATED this 21st day of January, 2000.

Rosa M. Menéndez

MOTION TO DISMISS COUNT 6 OF
SUPERSEDING INDICTMENT
(AHMED RESSAM)

3

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington  98101
(206) 553-1100