JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR99-666C |
| Plaintiff, | ) | |
| vs. | ) | CORRECTION TO DEFENDANT'S |
| | ) | SENTENCING MEMORANDUM FILED |
| AHMED RESSAM, | ) | ON APRIL 19, 2005, DOCKET No. 365 |
| Defendant. | ) | |

COMES NOW the defendant, Ahmed Ressam, by his attorneys, Thomas W. Hillier, II, Federal Public Defender, Assistant Federal Public Defender Michael Filipovic, and Jo Ann Oliver, and hereby advise the Court and counsel of the following error in his original sentencing submission.

The following sentence found at page 18, line 26, was to have been deleted from the final memorandum, but slipped through the editing process: "His information was almost certainly used to obtain their convictions."

/ / /

/ / /

/ / /

CORRECTION TO DEFENDANT'S SENTENCING
MEMO FILED ON APRIL 19, 2005, DOCKET # 365
(*AHMED RESSAM*) – CR99-666C –                    1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

It is respectfully requested that that sentence be deleted from the sentencing memorandum.

DATED this 26th day of April, 2005.

Respectfully submitted,


s/ Thomas W. Hillier, II
WSBA No. 5193
Federal Public Defender
Attorney for Ahmed Ressam
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Tom_Hillier@fd.org


s/ Michael Filipovic
WSBA No. 12319
Assistant Federal Public Defender
Attorney for Ahmed Ressam
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org


s/ Jo Ann Oliver
WSBA No. 11142
Attorney for Ahmed Ressam

CORRECTION TO DEFENDANT'S SENTENCING
MEMO FILED ON APRIL 19, 2005, DOCKET # 365
(*AHMED RESSAM*) – CR99-666C –                    2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 26, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John McKay, United States Attorney for the Western District of Washington; Mark N. Bartlett, First Assistant United States Attorney, and Michael Lang, Assistant United States Attorney; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Rick Cowan, U.S. Probation Officer, 700 Stewart Street, Suite 11101, Seattle, WA 98101; and Robin Baker, Assistant U.S. Attorney, U.S. Attorney's Office for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007.

s/ Michael Filipovic
WSBA No. 12319
Assistant Federal Public Defender
Attorney for Ahmed Ressam
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org

CORRECTION TO DEFENDANT'S SENTENCING
MEMO FILED ON APRIL 19, 2005, DOCKET # 365
(*AHMED RESSAM*) – CR99-666C –                    3